**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **YANG SHAO,** | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | |
| **CUSTOMERS BANCORP, INC., et al.,** | **NO. 25-2640-KSM** |
| Defendants. | |

## ORDER

**AND NOW**, this 5th day of March, 2026, upon consideration of the Motion to Dismiss Consolidated Amended Complaint or, in the Alternative, to Stay (Doc. No. 41) filed by Defendants Customers Bancorp, Inc., Customers Bank, Jay Sidhu, Sam Sidhu, Karl Danielian, and Rosemary Dente ("Customers"); Customers' supplements thereto (Doc. Nos. 45, 46, 54); pro se Plaintiff Yang Shao's oppositions to Customers' motion to dismiss and supplements (Doc. Nos. 43–44, 47–53, 55); pro se Plaintiff Yang Shao's Motion for Appointment of Counsel (Doc. No. 30); and Customers' opposition (Doc. No. 42), it is **ORDERED** as follows:

1.      Customers' motion to dismiss (Doc. Nos. 41, 45, 46, 54) is **GRANTED**. Plaintiff's Consolidated Amended Complaint is **DISMISSED with prejudice** as to all Defendants for the reasons discussed in the contemporaneously filed memorandum.  And, as discussed in the same, this Order is a ***stern warning and notice*** to Plaintiff regarding her litigation conduct in this and other courts.  Should she file additional cases in this Court regarding the same underlying facts and/or claims, the Court may issue an order for her to show cause why she should not be barred from filing lawsuits in this Court.

2.      Plaintiff's motion to appoint counsel (Doc. No. 30) is **DENIED**.

3.     The Clerk of Court shall **CLOSE** this case.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.